FILED
MAY 17 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **4:17CR00229 HEA/PLC** |
| CARLOS ROBINSON, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 6, 2017, in the County of St. Louis within the Eastern District of Missouri,

**CARLOS ROBINSON,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Conoco gas station, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

On or about February 6, 2017, in the County of St. Louis within the Eastern District of Missouri,

**CARLOS ROBINSON,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury charges that:

On or about February 10, 2017, in the County of St. Louis within the Eastern District of Missouri,

**CARLOS ROBINSON,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Mobil gas station, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about February 10, 2017, in the County of St. Louis within the Eastern District of Missouri,

**CARLOS ROBINSON,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Three herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

## COUNT FIVE

The Grand Jury charges that:

On or about February 13, 2017, in the City of St. Louis within the Eastern District of Missouri,

**CARLOS ROBINSON,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by attempting to rob the BP gas station, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

## COUNT SIX

The Grand Jury further charges that:

On or about February 13, 2017, in the City of St. Louis within the Eastern District of Missouri,

**CARLOS ROBINSON,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Five herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

## COUNT SEVEN

The Grand Jury charges that:

On or about February 15, 2017, in the City of St. Louis within the Eastern District of Missouri,

**CARLOS ROBINSON,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Family Dollar, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

## COUNT EIGHT

The Grand Jury further charges that:

On or about February 15, 2017, in the City of St. Louis within the Eastern District of Missouri,

## CARLOS ROBINSON,

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Seven herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

A TRUE BILL

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney


_____
LISA M. YEMM, #64601MO
Assistant United States Attorney